## COURT MINUTES/ ORDER

## U.S. MAGISTRATE JUDGE LURANA S. SNOW - FORT LAUDERDALE, FLORIDA

DEFT: PETE O. EVANS (J)#

CASE NO: 16-6463-SNOW

AUSA: Francis Viamontes *present*

ATTY:

AGENT:

VIOL: Importation & PWID cocaine

PROCEEDING: INITIAL APPEARANCE

RECOMMENDED BOND: PTD

BOND HEARING HELD - yes / no

COUNSEL APPOINTED: *Manuel Gonzalez*

BOND SET @: $250,000 CSB
w/ Nebbia

To be cosigned by: *CJA - appointed*.

- ❏ Do not violate any law.
- ❏ Appear in court as directed.
- ❏ Surrender and / or do not obtain passports / travel documents.
- ❏ Rpt to PTS as directed / or _____ x's a week/month by phone; _____ x's a week/month in person.
- ❏ Random urine testing by Pretrial Services. _____ Treatment as deemed necessary.
- ❏ Maintain or seek full - time employment.
- ❏ No contact with victims / witnesses.
- ❏ No firearms.
- ❏ Curfew: _____.
- ❏ Travel extended to: _____.
- ❏ Halfway House _____.

*A - advised of charge,
INS detainer to
be lodged
No bond hrg held,*

Both sides stipulate to a $250,000
CSB with Nebbia; reserving the right
to a PTD hearing at a later date

| NEXT COURT APPEARANCE: | DATE: | TIME: | JUDGE: | PLACE: |
|---|---|---|---|---|
| INQUIRY RE COUNSEL: | | | | |
| PTD/BOND HEARING: | | | | |
| PRELIM/ARRAIGN. | 11-14-16 | 11:00am | SELTZER | |

CHECK IF APPLICABLE_____:

The motion to continue to permit the defendant to hire counsel is GRANTED. The time from today through the rescheduled date is excluded from the deadline for trial as computed under the Speedy Trial Act, since the ends of justice served by granting this continuance outweigh the interests of the defendant and the public in speedy trial.

DATE: 10-28-16   TIME: 1:00pm   DAR 13:41:41   Begin:   End: 10

7 min
recall 14:03:34